# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO SERNA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAGA TRUCKING AND REPAIR, INC., a Domestic Corporation; KOLINA BROOK CANNON, an Individual, DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-442-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and amoung Plaintiff RICARDO SERNA ("Plaintiff") and Defendants MAGA TRUCKING AND REPAIR, INC. and KOLINA BROOK CANNON ("Defendants")(collectively "parties"), by and through their respective counsel of record, as follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.

2. That the **trial** scheduled in this matter and all associated dates shall be **VACATED**; and,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

131523667.1

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

**HEREBY STIPULATED BY THE FOLLOWING COUNSEL OF RECORD**

Dated this 27th day of November, 2023.

**JEREZ LAW, PLLC**

/s/ Isaiah A. Jerez

ISAIAH A. JEREZ, ESQ.
Nevada Bar No. 11615
4484 S. Pecos Road, Suite 145
Las Vegas, NV 89121
*Attorneys for Plaintiff*
*RICARDO SERNA*

Dated this 27 day of November, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Steven B. Abbott

STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 10350
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants MAGA TRUCKING AND REPAIR, INC. and KOLINA BROOK CANNON*

131523667.1                                   2

# ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the Parties by and through their respective counsel of record:

IT IS HEREBY ORDERED that the case be dismissed with prejudice with the Parties to bear their own individual costs and attorneys' fees.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close the case.

IT IS SO ORDERED.

DATED this 28th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE